AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT
for the
District of Kansas

SEP 1 2023

Clerk, U.S. District Court
By_____Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 23-M-6236-01-GEB
Information associated with the Apple iCloud account identified )
as mike.ccdrywall@gmail.com, further described in Attachment )
A. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information associated with the Apple iCloud account identified as mike.ccdrywall@gmail.com, further described in Attachment A.

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mitchell Saunders, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me telephonically.

Date: 1 Sept 2023 @ 10:28am

*Judge's signature*

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH *mike.ccdrywall@gmail.com* THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 23-6236-GEB<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Special Agent Mitchell C. Saunders, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Apple Inc. (hereafter "Apple") to disclose to the government records and other information, including the contents of communications, associated with the above-listed Apple ID that is stored at premises owned, maintained, controlled, or operated by Apple, an electronic communications service and/or remote computing service provider headquartered at One Apple Park Way, Cupertino, California 95014. The information to be disclosed by Apple and searched by the government is described in the following paragraphs and in Attachments A and B.

2. I am employed as a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI"). I have been employed as a Special Agent since June 2022. I am currently assigned to the Wichita, Kansas, Resident Agency of the Kansas City Division, with an investigative focus on White-Collar Crime. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I

have participated in a wide variety of criminal investigations, to include bank robbery, narcotics trafficking, human trafficking, white collar crimes, and other violent and non-violent Federal crimes. Additionally, I have participated in the preparation and/or execution of many search and seizure, and arrest warrants.

3.   This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.   Based on the facts as set forth in this affidavit, there is probable cause to believe that the information described in Attachment A contains evidence, contraband, instrumentalities, and/or fruits of violations of 18 U.S.C. § 2252A(a)(2), Receipt and Distribution of Child Pornography, and 18 U.S.C. 2252A(a)(5)(B), Possession of Child Pornography, as described in Attachment B.

## JURISDICTION

5.   This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.   On January 6, 2023, FBI Houston obtained a search warrant for iCloud account *mike.ccdrywall@gmail.com*, believed to be used by Michael Siemer (Siemer) in reference to a multi-agency financial crimes investigation. The warrant requested Apple provide any and all records, files, logs, or information that has been deleted but is still available related to the aforementioned Apple account. Apple provided records dating back to January 1, 2017, to FBI Houston on January 17, 2023.

7.       While reviewing the return on the iCloud account provided by Apple, a United States Housing and Urban Development Office of Inspector General (hereinafter "HUD") Agent observed multiple sexually suggestive photographs of an unknown aged male, including one photo of the male, nude with his penis exposed, posing in front of a bathroom mirror, and another with the male on a bed, nude on all fours. The HUD Agent advised the photographs observed were not immediately identifiable as a child; however, the Agent later observed photographs of the same individual in a high school band uniform and at a high school graduation in a cap and gown, holding a diploma the Agent recognized to be associated with a Houston area high school. The photographs observed were not dated. The Agent stopped reviewing the iCloud return after realizing the photographed individual may be a juvenile.

8.       In July 2023, a harassment report was filed with Hutchinson Police Department in Kansas by a juvenile male. The juvenile reported Siemer frequented the juvenile's place of employment, and had been suggestive and "creepy" with the juvenile for approximately a month prior to the report being filed. The juvenile described Siemer has made sexual jokes and has "inappropriate" conversations with the juvenile. Siemer has made comments to the juvenile that he is good in bed and appreciates the way the juvenile makes himself available when performing work duties. Additionally, in response to the juvenile advising Siemer of his age, Siemer stated he did not care about age, and provided his name and phone number (281-723-0611) to the juvenile.

9.       On the date the report with Hutchinson Police Department was filed, Siemer went to the juvenile's place of employment with another male, who, according to the reporting juvenile, appeared to be about the same age as the juvenile (e.g., 17 years).

10.      Siemer has previously served a 20 year sentence for sexually assaulting a 15 year old male victim.

11. In 2020, Siemer was convicted of a violation of 18 U.S.C. § 2250(b) for failing to register international travel, in District of Kansas case 19-cr-10168-JWB.

12. Siemer currently has a state case pending in Harris County, Texas for Aggravated Sexual Assault of a Child. (Houston is the county seat of Harris County.)

13. The Texas Public Sex Offender Website lists Siemer as having a reported address in Kansas.

## INFORMATION REGARDING APPLE ID AND iCLOUD[1]

14. Apple is a United States company that produces the iPhone, iPad, and iPod Touch, all of which use the iOS operating system, and desktop and laptop computers based on the Mac OS operating system.

15. Apple provides a variety of services that can be accessed from Apple devices or, in some cases, other devices via web browsers or mobile and desktop applications ("apps"). As described in further detail below, the services include email, instant messaging, and file storage:

   a. Apple provides email service to its users through email addresses at the domain names mac.com, me.com, and icloud.com.

   b. iMessage and FaceTime allow users of Apple devices to communicate in real-time. iMessage enables users of Apple devices to exchange instant messages ("iMessages") containing text, photos, videos, locations, and contacts, while FaceTime enables those users to conduct video calls.

---

[1] The information in this section is based on information published by Apple on its website, including, but not limited to, the following document and webpages: "U.S. Law Enforcement Legal Process Guidelines," available at http://images.apple.com/privacy/docs/legal-process-guidelines-us.pdf; "Create and start using an Apple ID," available at https://support.apple.com/en-us/HT203993; "iCloud," available at http://www.apple.com/icloud/; "What does iCloud back up?," available at https://support.apple.com/kb/PH12519; "iOS Security," available at https://www.apple.com/business/docs/iOS_Security_Guide.pdf, and "iCloud: How Can I Use iCloud?," available at https://support.apple.com/kb/PH26502.

4

  c. iCloud is a cloud storage and cloud computing service from Apple that allows its users to interact with Apple's servers to utilize iCloud-connected services to create, store, access, share, and synchronize data on Apple devices or via iCloud.com on any Internet-connected device. For example, iCloud Mail enables a user to access Apple-provided email accounts on multiple Apple devices on iCloud.com. iCloud Photo Library and My Photo Stream can be used to store and manage images and videos taken from Apple devices, and iCloud Photo Sharing allows the user to share those images and videos with other Apple subscribers. iCloud Drive can be used to store presentations, spreadsheets, and other documents. iCloud Tabs and bookmarks enable iCloud to be used to synchronize bookmarks and webpages opened in the Safari web browsers on all of the user's Apple devices. iWork Apps, a suite of productivity apps (Pages, Numbers, Keynote, and Notes), enables iCloud to be used to create, store, and share documents, spreadsheets, and presentations. iCloud Keychain enables a user to keep website username and passwords, credit card information, and Wi-Fi network information synchronized across multiple Apple devices.

  d. Game Center, Apple's social gaming network, allows users of Apple devices to play and share games with each other.

  e. Find My iPhone allows owners of Apple devices to remotely identify and track the location of, display a message on, and wipe the contents of those devices. Find My Friends allows owners of Apple devices to share locations.

  f. Location Services allows apps and websites to use information from cellular, Wi-Fi, Global Positioning System ("GPS") networks, and Bluetooth, to determine a user's approximate location.

  g. App Store and iTunes Store are used to purchase and download digital content. iOS apps can be purchased and downloaded through App Store on iOS devices, or through iTunes Store on desktop and laptop computers running either Microsoft Windows or Mac OS. Additional digital content, including music, movies, and television shows, can be purchased through iTunes Store on iOS devices and on desktop and laptop computers running either Microsoft Windows or Mac OS.

  16. Apple services are accessed through the use of an "Apple ID," an account created during the setup of an Apple device or through the iTunes or iCloud services. The account identifier for an Apple ID is an email address, provided by the user. Users can submit an Apple-provided email address (often ending in @icloud.com, @me.com, or @mac.com) or an email address associated with a third-party email provider (such as Gmail, Yahoo, or Hotmail). The Apple ID can be used to access most Apple services (including iCloud, iMessage, and FaceTime)

5

only after the user accesses and responds to a "verification email" sent by Apple to that "primary" email address. Additional email addresses ("alternate," "rescue," and "notification" email addresses) can also be associated with an Apple ID by the user. A single Apple ID can be linked to multiple Apple services and devices, serving as a central authentication and syncing mechanism.

17. Apple captures information associated with the creation and use of an Apple ID. During the creation of an Apple ID, the user must provide basic personal information including the user's full name, physical address, and telephone numbers. The user may also provide means of payment for products offered by Apple. The subscriber information and password associated with an Apple ID can be changed by the user through the "My Apple ID" and "iForgot" pages on Apple's website. In addition, Apple captures the date on which the account was created, the length of service, records of log-in times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to and utilize the account, the Internet Protocol address ("IP address") used to register and access the account, and other log files that reflect usage of the account.

18. Additional information is captured by Apple in connection with the use of an Apple ID to access certain services. For example, Apple maintains connection logs with IP addresses that reflect a user's sign-on activity for Apple services such as iTunes Store and App Store, iCloud, Game Center, and the My Apple ID and iForgot pages on Apple's website. Apple also maintains records reflecting a user's app purchases from App Store and iTunes Store, "call invitation logs" for FaceTime calls, "query logs" for iMessage, and "mail logs" for activity over an Apple-provided email account. Records relating to the use of the Find My iPhone service, including connection logs and requests to remotely lock or erase a device, are also maintained by Apple.

19. Apple also maintains information about the devices associated with an Apple ID. When a user activates or upgrades an iOS device, Apple captures and retains the user's IP address and identifiers such as the Integrated Circuit Card ID number ("ICCID"), which is the serial number of the device's SIM card. Similarly, the telephone number of a user's iPhone is linked to an Apple ID when the user signs in to FaceTime or iMessage. Apple also may maintain records of other device identifiers, including the Media Access Control address ("MAC address"), the unique device identifier ("UDID"), and the serial number. In addition, information about a user's computer is captured when iTunes is used on that computer to play content associated with an Apple ID, and information about a user's web browser may be captured when used to access services through icloud.com and apple.com. Apple also retains records related to communications between users and Apple customer service, including communications regarding a particular Apple device or service, and the repair history for a device.

20. Apple provides users with five gigabytes of free electronic space on iCloud, and users can purchase additional storage space. That storage space, located on servers controlled by Apple, may contain data associated with the use of iCloud-connected services, including: email (iCloud Mail); and web browser settings and Wi-Fi network information (iCloud Tabs and iCloud Keychain). iCloud can also be used to store iOS device backups, which can contain a user's photos and videos, iMessages, Short Message Service ("SMS") and Multimedia Messaging Service ("MMS") messages, voicemail messages, call history, contacts, calendar events, reminders, and other data. Records and data associated with third-party apps may also be stored on iCloud; for example, the iOS app for WhatsApp, an instant messaging service, can be configured to regularly back up a user's instant messages on iCloud Drive. Some of this data is stored on Apple's servers in an encrypted form but can nonetheless be decrypted by Apple.

7

21.     As noted in Paragraphs 6-7 of this Affidavit, Siemer has utilized iCloud to store nude, sexually suggestive photographs of at least one individual who is also seen in other stored photographs wearing a band uniform and holding a high school diploma while in graduation attire. The photographs observed by the HUD Agent were not dated. Thus, it is unclear the exact date the photographs were taken or received and stored by Siemer. As noted in Paragraph 7 of this Affidavit, the Agent reviewing the material stopped reviewing upon realizing the possibility of the photographed individual may be, and likely is, a juvenile with whom Siemer has been in communication via his iPhone or Gmail account. Moreover, as noted in Paragraph 8-9, Siemer appears to be actively seeking sexual involvement from minor males, including providing his phone number to a minor male in Kansas. It is reasonable to believe that Siemer's account may contain additional evidence showing he has solicited and/or received sexual explicit images from minors and subsequently saved and stored those images within his iCloud account. Likewise, it is reasonable to believe that Siemer has solicited minors to engage in sexual conduct or to send him sexually explicit images (child pornography), and that such communications may be stored within his iCloud account.

22.     Receiving information from Apple affirms that Siemer had his iCloud backups turned on. Due to stopping the review of the iCloud account, additional evidence is needed to either confirm or dispel the belief the photographed individual is a juvenile. Further, as noted above, it may lead to uncovering additional evidence of criminal conduct under investigation, thus enabling the United States to establish and prove each element, or, alternatively, to exclude the innocent from further suspicion.

23.     Here, the stored communications and files connected to an Apple ID may provide direct evidence of the offenses under investigation. Based on my training and experience, instant

8

messages, emails, voicemails, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.

24. Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

25. Other information connected to an Apple ID may lead to the discovery of additional evidence. For example, the identification of apps downloaded from App Store and iTunes Store may reveal services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators, or assist in identifying additional victims, if any. In addition, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation. This could be particularly helpful where it is known that conspirators actively utilized internet services to conduct widespread narcotics transactions.

26. Therefore, Apple's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Apple's services. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users and other information associated with said user that may yield additional evidence.

## CONCLUSION

27. Based on the forgoing, I request that the Court issue the proposed search warrant.

28. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Apple. Because the warrant will be served on Apple, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

*Mitchell Saunders* (signature)

Mitchell C. Saunders
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this \_\_1st\_\_ of September, 2023.

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the iCloud account linked to Apple ID *mike.ccdrywall@gmail.com* and phone number (281) 723-0611 that is stored at premises owned, maintained, controlled, or operated by Apple Inc., a company headquartered at One Apple Park Way, Cupertino, California 95014.

## ATTACHMENT B

## Particular Things to be Seized

I.   **Information to be disclosed by Apple**

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Apple, Apple is required to disclose the following information to the government, in unencrypted form whenever available, for each account or identifier listed in Attachment A:

   a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

   b. All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

   c. The contents of communications associated with the account **from January 1, 2017 to present**, including photos and videos sent via message and stored or preserved copies of instant messages (including iMessage, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

d. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, messaging and query logs (including iMessage, SMS, and MMS messages), iTunes Store and App Store logs (including purchases, downloads, and updates of Apple and third-party apps);

e. All records pertaining to the types of service used;

f. All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken; and

g. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

Apple is hereby ordered to disclose the above information to the government within fourteen (14) days of service of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes contraband, fruits, evidence and/or instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B), including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a. Child pornography, as that term is defined in 18 U.S.C. § 2256(8);

b. Any and all communications, web-searches, tabs, bookmarks, or other digital evidence relating to or evincing an interest in the receipt, distribution, or possession of child pornography or the sexual exploitation of minors;

c. Evidence, including but not limited to communications or metadata, that may reveal or assist in the identification of the male depicted in images described in the paragraph 7 of the attached affidavit of probable cause;

d. Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

e. Evidence indicating the account owner's state of mind as it relates to the crime under investigation; and

f. Evidence demonstrating the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Apple Inc., and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Apple Inc. The attached records consist of _____ (pages/CDs/kilobytes)]. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. such records were kept in the ordinary course of a regularly conducted business activity of Apple Inc.; and

    c..    such records were generated by Apple Inc. as regular practice:

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                                Signature